UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN WILKIE,

    Plaintiff,

v.                                Case No: 2:21-cv-815-JLB-NPM

FLORIDA FINANCIAL AND INSURANCE
GROUP, LLC,

    Defendant.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Motion for Entry of Default Final Judgment Against Defendant (Doc. 12) be granted in part. (Doc. 13.) In that motion, Plaintiff asserts that sufficient bases exist to establish both entitlement of an award under the Fair Labor Standards Act and Florida state law, along with an award of attorney's fees and costs. (Doc. 12.) The Magistrate Judge found that such sufficient bases exist, but merely adjusted the amount awarded due to Plaintiff's miscalculation of hours worked. (Doc. 13 at 2 n.2.) No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Here, after an independent

review of the record, and noting that no objection has been filed, the Court adopts the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff's Motion for Entry of Default Final Judgment Against Defendant (Doc. 12) is **GRANTED in part**.

3. The Court awards Plaintiff $20,372.80 for all unpaid minimum wages, unpaid overtime, and a corresponding amount of liquidated damages. Plaintiff further is awarded $3,100 in attorney's fees and $400 in costs for a total award of $23,872.80.  The motion (Doc. 12) is **DENIED** to the extent it seeks any greater or different relief than this Order grants.

4. The Clerk is **DIRECTED** to enter final default judgment in Plaintiff's favor accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on August 8, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE